*WHEN RECORDED MAIL TO:*

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>PLAINTIFF(S),<br>v.<br><br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-mc-00488<br><br>**ABSTRACT OF JUDGMENT/ORDER** |
|---|---|

I certify that in the above-entitled action and Court, Judgment/Order was entered on  April 01, 2021
in favor of  NATIONWIDE JUDGMENT RECOVERY INC.
whose address is  8452 Katella Ave, Stanton CA 90680
and against  NHI T NGUYEN
whose last known address is  4201 W 5TH ST, SANTA ANA CA 92703
for $ 37,500.46      Principal, $ 3,184.20      Interest, $ 0      Costs,
and $ 0.00      Attorney Fees.

ATTESTED this _____ day of  APR 16 2021 ,20 __ .
Judgment debtor's driver's license no. and state; _____ (last 4 digits) [x] Unknown.
Judgment debtor's Social Security number;  3377  (last 4 digits) [ ] Unknown.
[x] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

NHI T NGUYEN

4201 W 5TH ST

SANTA ANA CA 92703

CLERK, U.S. DISTRICT COURT

By *Daniel Tany*
Deputy Clerk

*Daniel Tamayo*

1246

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)      ABSTRACT OF JUDGMENT/ORDER